440 F.2d 993
 77 L.R.R.M. (BNA) 2255, 65 Lab.Cas. P 11,699
 The MAY DEPARTMENT STORES COMPANY, d/b/a O'Neil Company, Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent, Retail Clerks
International Association, Local 698, AFL-CIO, Intervenor.
 No. 20745.
 United States Court of Appeals, Sixth Circuit.
 April 16, 1971.
 
 Kenneth R. Millisor, Akron, Ohio, E. G. Kemp, Wise, Roetzel, Maxon, Kelly & Andress, Akron, Ohio, for petitioner.
 Patricia Whorthy, N.L.R.B., Washington, D.C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Nancy M. Sherman, Atty., N.L.R.B., Washington, D.C., on the brief, for respondent.
 Before MILLER and KENT, Circuit Judges, and McALLISTER, Senior Circuit judge.
 
 
 1
 PER CURIAM ORDER.
 
 
 2
 This case is before the Court on a petition for review and a cross-petition for enforcement of an order of the National Labor Relations Board. The Board's decisions and order are reported at 184 N.L.R.B. No. 68.
 
 
 3
 This Court holds that there is substantial evidence on the record as a whole to support the Board's findings that the company interfered with, restrained and coerced its employees in the exercise of their rights under Section 7 of the Act, 29 U.S.C.A. 157, in violation of 8(a)(1).
 
 
 4
 It is ordered that the order of the Board be and is hereby enforced.